Agatha Nugent, Plaintiff-Appellant, v. City of Chicago, a Municipal Corporation, Defendant-Appellee.

Gen. No. 52,709. (Abstract of Decision.)

First District, Third Division.

May 8, 1969.

Thomas William Burke, of Chicago, for appellant; Raymond F. Simon, Corporation Counsel of City of Chicago (Marvin E. Aspen and Stuart Sikevitz, Assistant Corporation Counsel, of counsel), for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.